**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                                        **CASE NO. 5:22-CR-50032-001**

**MARCHELLO OLIVER**                                                                        **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 195) filed in this case on February 27, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the pro se Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1) Modification (Doc. 184) is **DENIED**.

**IT IS SO ORDERED** on this 17th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE